UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARIANA LEMIEUX                                                                                  Plaintiff

v.                                                                              Civil Action No. 3:22-cv-151-RGJ

LOUISVILLE METRO GOVERNMENT                                                          Defendant

\* \* \* \* \*

## JUDGMENT

Pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendant Louisville Metro Government consistent with the Court's Memorandum Opinion and Order entered this same date and its Memorandum Opinion and Order entered November 28, 2023 [DE 34]. This action is **DISMISSED** with prejudice as to these Defendants and **STRICKEN** from the Court's docket.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

December 15, 2023

1